DYLAN B. CARP (SBN 196846)
SUZANNA K. YEGHIAZARIANS (State Bar No. 229155)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: 415.394.9400
Facsimile: 415.394.9401
Email: carpd@jacksonlewis.com
       Suzanna.Yeghiazarians@jacksonlewis.com

Attorneys for Defendant
RESTAURANTS UNLIMITED, INC., d/b/a STANFORD'S

Anthony R. Ornano
1474 University Ave. #101
Berkeley, CA 94702

IN PRO PER

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. ORNANO<br><br>Plaintiff,<br><br>v.<br><br>RESTAURANTS UNLIMITED, INC., d/b/a STANFORD'S and Does 1 through 100, inclusive,<br><br>Defendant. | Case No. 4:16-cv-00178-KAW<br><br>[PROPOSED] ORDER OF DISMISSAL OF ALL CLAIMS BY PLAINTIFF ANTHONY R. ORNANO'S CLAIMS, WITH PREJUDICE<br><br>Complaint Filed: December 2, 2015<br>Trial Date: None Set |

**TO THE HONORABLE COURT:**

1. Pursuant the Parties' Stipulation, all claims asserted by and behalf of Plaintiff Anthony R. Ornano are hereby dismissed, with prejudice.

2. Each party will bear its own attorneys' fees and costs related to the claims by Plaintiff Anthony R. Ornano.

3. The entire matter is hereby dismissed.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: 3/25/16

*Kandis Westmore*

Hon. Kandis A. Westmore
United States District Court Judge

1
[PROPOSED] ORDER OF DISMISSAL OF ALL CLAIMS, WITH PREJUDICE
Case No. 4:16-cv-00178-KAW